**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAUREN LADYS ESCOBAR PERALTA,** | § § § § | |
| *Petitioner*, | § § | |
| v. | § § | **EP-26-CV-00916-DCG** |
| **FIELD OFFICE DIRECTOR; and WARDEN,** *El Paso Service Processing Center, in his or her official capacity*, | § § § § § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE AS MOOT

The Court previously ordered Respondents to "provide the Court additional documentation from which the Court may reliably determine whether the Government removed Petitioner from the United States."[1]  Having reviewed the documents that Respondents filed in compliance with that Order, the Court is now satisfied that:

(1)     the Government has in fact removed *pro se* Petitioner Mauren Ladys Escobar Peralta from the United States;[2] and

(2)     this habeas case is therefore moot.[3]

---

[1] Order File Supporting Docs., ECF No. 22, at 2.

[2] *See* Verification Removal, ECF No. 24-1.

[3] *See, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody.  [The petitioner] has since been removed from the United States.  [The petitioner]'s removal from the United States mooted any habeas claim for relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

- 2 -

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 6th day of July 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**